OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFIC P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711 POSTAGE » PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

COURT OF CRIMINAL

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 03. 2015

5/28/2015
MIELNICKI, ROBERT DAVID          Tr. Ct. No. C-371-010245-1230331-A
                                  WR-81,875-01

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk



ROBERT DAVID MIELNICKI
LUTHER UNIT - TDC # 1748129
1800 LUTHER DR.
NAVASOTA, TX 77869